UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT M. BRADLEY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 08-40066-FDS<br>)<br>) |
| DAVID MASSAD, ET AL.,<br>    Defendants. | )<br>) |

### MEMORANDUM AND ORDER FOR DISMISSAL

SAYLOR, J.

On April 18, 2008, an Order (Docket No. 3) issued, denying plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) without prejudice to renew within 21 days, upon the filing of an application with complete financial disclosures demonstrating indigency. Alternatively, plaintiff could pay the $350.00 filing fee within 21 days.

To date, plaintiff has failed to pay the $350.00 filing fee or to renew an *in forma pauperis* motion, and the time period for doing so has expired.

Accordingly, for the failure of plaintiff to satisfy this Court's filing fee requirements and failure to comply with the directives contained in the Memorandum and Order (Docket No. 3), it is hereby Ordered that this action is DISMISSED in its entirety without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

DATED: May 19, 2008